**PROOF OF SERVICE**

Case Name:      U.S.A. v. HERNANDEZ CUEVAS

Case No.:       07CR3023-jm

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My address is 2240 "F" Street, San Diego, California 92102.

2. I served: **DEFENDANT'S REQUEST FOR DOWNWARD DEPARTURE**

by electronic filing to:
Aaron Clarke
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Efile.dkt.gc2@usdoj.gov


   I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed this 3rd day of December, 2007, at San Diego, California.

                                        S/ Inge Brauer
                                        Signature