```
 1  Inge Brauer
    Attorney at Law
 2  State Bar No.: 68701
    2240 "F" Street
 3  San Diego, CA 92102

 4  Tel: (619) 238-1031
    Fax: (619) 238-0930
 5
 6  Attorney for Defendant JESUS HERNANDEZ CUEVAS
 7
 8                 UNITED STATES DISTRICT COURT
 9                SOUTHERN DISTRICT OF CALIFORNIA
10                (HONORABLE JEFFREY T. MILLER)

11  UNITED STATES OF AMERICA    )   CASE NO.: 07cr3023-JM
                                )
12          Plaintiff,          )   AMENDED
                                )   NOTICE OF MOTION AND MOTION
13  v.                          )   TO COMPEL DISCOVERY AND
                                )   LEAVE TO FILE FURTHER MOTIONS
14  JESUS HERNANDEZ CUEVAS,     )
                                )   Date: 12/7/07
15          Defendant.          )   Time: 11:00 a.m.
                                )
16
17  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY,
         AARON CLARK, ASSISTANT UNITED STATES ATTORNEY:
18
19       PLEASE TAKE NOTICE that on December 7, 2007 at 11:00 a.m.,
20  or as soon thereafter as counsel may be heard, the defendant
21  Jesus Hernandez Cuevas, by and through his attorney Inge Brauer,
22  will bring the motions set forth below.
23       The defendant, Jesus Hernandez Cuevas, by and through his
24  attorney Inge Brauer, and pursuant to Federal Rules of Criminal
25  Procedure 12 and 16 and the Fourth, Fifth and Sixth Amendments to
26  the United States Constitution, hereby moves this court to order:
27          1.   Production of Discovery;
28                                1                          07CR3023
```

      2.   Leave to File Further Motions.

These motions are based upon the instant motion, the attached points and authorities, the files and records in the above-entitled case, and any and all matters that may be submitted to this Court prior to the determination of these motions.

Dated: <u>12/5/07</u>                          Respectfully submitted,

                                          <u>S/Inge Brauer</u>
                                          Inge Brauer
                                          Attorney for Defendant
                                          **Jesus Hernandez Cuevas**