**PROOF OF SERVICE**

Case Name:     U.S.A. v. HERNANDEZ CUEVAS

Case No.:      07CR3023-JM

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My address is 2240 "F" Street, San Diego, California 92102.

2. I served:    **AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS & AMENDED STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

by electronic filing to:
AARON CLARK
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Efile.dkt.gc2@usdoj.gov


     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed this 5th day of December, 2007 at San Diego, California.

                                        S/ Inge Brauer
                                        _____
                                        Signature