```
 1  KAREN P. HEWITT
    United States Attorney
 2  AARON B. CLARK
    Assistant United States Attorney
 3  California State Bar No. 239764
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6787/(619)235-2757 (Fax)
    E-mail: aaron.clark@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED
08 JAN -7 PM 1:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3023-JM |
|---|---|
| Plaintiff, | ) DATE: January 18, 2008 <br> ) TIME: 11:00 a.m. |
| v. | ) |
| JESUS JAIME HERNANDEZ-CUEVAS, | ) GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR: |
| Defendant. | ) (1) RECIPROCAL DISCOVERY; AND <br> ) (2) FINGERPRINT EXEMPLARS |
|  | ) TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant United States Attorney, and hereby files its notice of motion and motion for reciprocal discovery, and fingerprint exemplars. These motions are supported by the attached statement of facts and memorandum of points and authorities.

DATED: January 7, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: aaron.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESUS JAIME HERNANDEZ- CUEVAS,<br><br>　　　　Defendant. | Criminal Case No. 3:07-CR-3023-JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of the United States' **Motion for Reciprocal Discovery and Fingerprint Exemplars** on the following parties by US Mail:

　　　1. Inge Brauer
　　　　 2240 F. St.
　　　　 San Diego, CA 92102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2008

　　　　　　　　　　　　／s／ Aaron B. Clark
　　　　　　　　　　　　Aaron B. Clark

KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant U.S. Attorney
California State Bar No. 239764
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 3:07-CR-3203JM |
|---|---|---|
| Plaintiff, | ) ) ) | DATE:  January 18, 2008<br>TIME:   11:00 a.m.. |
| v. | ) ) ) | GOVERNMENT'S STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTIONS FOR: |
| JESUS JAIME HERNANDEZ-CUEVAS, | ) ) ) | (1) RECIPROCAL DISCOVERY; AND<br>(2) FINGERPRINT EXEMPLARS |
| Defendant. | ) ) | |

I

## STATEMENT OF THE CASE

On November 7, 2007, the Government filed a one-count indictment charging Jesus Jaime Hernandez-Cuevas ("Defendant") with violating 8 U.S.C. § 1326(a) and (b), attempted entry after deportation. On November 13, 2007, Defendant was arraigned on the Indictment and entered a plea of not guilty.

II

## STATEMENT OF FACTS

On October 5, 2007, at approximately 9:12 p.m., Defendant applied for entry into the United States through the San Ysidro, California Port of Entry as the passenger in a gray 2005 Nissan Pathfinder. The driver was Marisela Herndandez, Defendant's sister. Defendant's mother, Pascuala

Cuevas-Hernandez, was also a passenger in the vehicle. During primary inspection, Defendant presented to Customs and Border Protection ("CBP") Officer Romeo Valdez a California Identification Card #A8680357 bearing his name and likeness. Defendant further stated that he was a United States citizen by birth in Los Angeles, CA. Officer Valdez then queried Defendant's name and date of birth in the Treasury Enforcement Communications System (TECS), which indicated Defendant had been previously deported. Officer Valdez thereafter escorted the vehicle and its occupants to secondary inspection.

In secondary inspection, officers queried Defendant's fingerprints and photograph through the Integrated Automated Fingerprint Identification System (IAFIS) . The records check indicated that Defendant is a citizen of Mexico with no entitlements to enter or reside in the United States. Defendant was subsequently arrested and taken into custody.

In a subsequent interview with Marisela Hernandez, Defendant's sister, she stated taht she borrowed her brother's vehicle to take her mother to Tijuana, Mexico. Her mother then bought Defendant's State of California identification card and stated the idea was to bring Defendant back into the United.

### III

### MOTION FOR RECIPROCAL DISCOVERY

The United States hereby moves for reciprocal discovery from Defendants. To date Defendants have not provided any. The United States, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, requests that Defendants permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendants and which Defendants intend to introduce as evidence in their case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendants, which Defendants intend to introduce as evidence-in-chief at the trial, or which were prepared by a witness whom Defendants intend to call as a witness. Because the United States will comply with Defendants' requests for delivery of reports of examinations, the United States is entitled to the items listed above under Rule 16(b)(1) of

the Federal Rules of Criminal Procedure. The Government also requests a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

The United States also requests that the Court make such order as it deems necessary under Rules 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.

In addition, Rule 26.2 of the Federal Rules of Criminal Procedure requires the production of prior statements of all witnesses, except a statement made by defendants. This rule thus provides for the reciprocal production of Jencks statements. The time frame established by the rule requires the statement to be provided after the witness has testified. To expedite trial proceedings, the United States hereby requests that Defendants be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. Such an order should include any form in which these statements are memorialized, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

## IV

### MOTION FOR FINGERPRINT EXEMPLARS

As part of its burden of proof at trial, the Government must prove beyond a reasonable doubt that Defendant is the same person who was previously deported from the United States. Defendant's warrants of deportation and related documents bear fingerprints to verify his identity. In order to meet our burden of proof, the United States anticipates calling a certified fingerprint examiner to obtain fingerprint exemplars from Defendant and compare those with the fingerprints on the immigration documents.

Defendant has no privilege against providing fingerprint exemplars. The Fifth Amendment privilege is limited to communications or testimonial evidence. Schmerber v. California, 384 U.S. 757, 763-64 (1966). The Government's use of identifying physical characteristics, such as fingerprint exemplars, does not violate a defendant's Fifth Amendment rights. See, e.g., United States v. De Palma, 414 F.2d 394, 397 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968). Compare United States v. Jackson, 886 F.2d 838, 845 n.8 (7th Cir. 1989) ("There is no doubt that requiring a defendant to give a handwriting specimen does not violate his fifth amendment privilege against self-

incrimination since the privilege reaches only compulsion of a defendant's communication."). Accordingly, the Court should order that Defendant provide fingerprint exemplars to the Government's fingerprint expert.

## V

## CONCLUSION

For the foregoing reasons, the Government respectfully requests that its motions for reciprocal discovery and fingerprint exemplars be granted.

DATED: January 7, 2008.

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney
Email: aaron.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JESUS JAIME HERNANDEZ- CUEVAS,<br><br>            Defendant. | Criminal Case No. 3:07-CR-3023-JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' **Statement of Facts in Support of Motions Motions** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Inge Brauer
   2240 F. St.
   San Diego, CA 92102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2007

Aaron B. Clark